■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL CRUZ, Also Known as DANNY CRUZ, Appellant

Upon review of the trial transcript and of the presentence report, we find the sentence imposed to be excessive to the extent indicated. Appellant's other contentions have been reviewed and rejected. Concur—Fein, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.